United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Alfred W. Kiddle* for the petitioners. *Mr. James R. Sheffield* for the respondent.

No. 970. THE BRONX NATIONAL BANK, PETITIONER, *v.* MARCUS ROSENTHAL, TRUSTEE, ETC. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles D. Folsom* and *Mr. John Hall Jones* for the petitioner. *Mr. Eugene L. Bondy* for the respondent.

No. 972. J. A. FELLERS, ADMINISTRATOR, ETC., PETITIONER, *v.* CHICAGO, LAKE SHORE & SOUTH BEND RAILWAY COMPANY. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John N. Hughes* for the petitioner. *Mr. S. H. Tolles* for the respondent.

No. 976. BATES COUNTY, IN THE STATE OF MISSOURI, ET AL., PETITIONERS, *v.* PERCY A. HIPPLE ET AL., ETC. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. John T. Barker* for the petitioner. *Mr. William M. Williams* for the respondents.

No. 980. VIRGINIA RAILWAY & POWER COMPANY ET AL., PETITIONERS, *v.* CHARLES HALL DAVIS. May 8, 1916. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied.